# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEMORY INTEGRITY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil Action No. 1:13-cv-01795-GMS <br><br> JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 1:13-cv-01796-GMS <br><br> JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | Civil Action No. 1:13-cv-01797-GMS <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>BLACKBERRY LTD AND BLACKBERRY CORPORATION,<br><br>       Defendants. | Civil Action No. 1:13-cv-01798-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>FUHU, INC.,<br><br>       Defendant. | Civil Action No. 1:13-cv-01799-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>FUJITSU LIMITED AND FUJITSU AMERICA, INC.<br><br>       Defendants. | Civil Action No. 1:13-cv-01800-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>GOOGLE INC. AND MOTOROLA MOBILITY, LLC,<br><br>       Defendants. | Civil Action No. 1:13-cv-01801-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HTC CORPORATION AND<br>HTC AMERICA, INC.,<br><br>        Defendants. | Civil Action No. 1:13-cv-01802-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE USA, INC. AND<br>FUTUREWEI TECHNOLOGIES, INC.,<br><br>        Defendants. | Civil Action No. 1:13-cv-01803-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Civil Action No. 1:13-cv-01804-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LENOVO GROUP LTD. AND LENOVO<br>(UNITED STATES) INC.,<br><br>        Defendants. | Civil Action No. 1:13-cv-01805-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS, USA, INC.; AND LG ELECTRONICS MOBILECOMM USA, INC.,<br><br>        Defendants. | Civil Action No. 1:13-cv-01806-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>        Defendant. | Civil Action No. 1:13-cv-01807-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, LLC; AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>        Defendant. | Civil Action No. 1:13-cv-01808-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONY CORPORATION; SONY ELECTRONICS, INC.; SONY MOBILE COMMUNICATIONS (USA) INC.; AND SONY MOBILE COMMUNICATIONS AB,<br><br>        Defendants. | Civil Action No. 1:13-cv-01809-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>        Defendants. | Civil Action No. 1:13-cv-01810-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ZTE CORPORATION AND ZTE (USA) INC.,<br><br>        Defendants. | Civil Action No. 1:13-cv-01811-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>ARCHOS S.A., and ARCHOS, INC.,<br><br>       Defendants. | Civil Action No. 1:13-cv-01981-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>BARNES & NOBLE, INC., NOOK MEDIA, LLC AND NOOK MEDIA INC.,<br><br>       Defendants. | Civil Action No. 1:13-cv-01982-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>HISENSE INTERNATIONAL CO, LTD AND HISENSE USA CORPORATION,<br><br>       Defendants. | Civil Action No. 1:13-cv-01983-GMS<br><br>JURY TRIAL DEMANDED |
| MEMORY INTEGRITY, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | Civil Action No. 1:13-cv-01984-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff for Telecomm Innovations, LLC in the above-entitled actions.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to these actions should be directed to and served upon:

>Timothy Devlin
>Farney Daniels PC
>1220 Market Street
>Suite 850
>Wilmington, DE 19801

I certify that I am admitted to practice in this Court.

Dated:  January 21, 2014                                          FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin #4241
tdevlin@farneydaniels.com
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone:  (302) 300-4626

*Attorneys for Plaintiff*
*Memory Integrity, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241