IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEMORY INTEGRITY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1804 (GMS) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF JACK B. BLUMENFELD IN SUPPORT OF DEFENDANT INTEL CORPORATION'S MOTION TO TRANSFER VENUE

I, Jack B. Blumenfeld, hereby declare as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP. I am one of the attorneys representing Intel Corporation in this matter.

2. If sworn as a witness to testify in this matter, I would testify to the facts as set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of the Certificate of Formation of Memory Integrity, LLC.

4. Attached as Exhibits 2 and 3 are true and accurate pictures of the entrance to Suite 806 at 1220 North Market Street, Wilmington, Delaware 19801. These pictures were taken on January 3, 2014.

5. Attached as Exhibit 4 is a true and accurate picture of the Eighth Floor directory at 1220 North Market Street, Wilmington, Delaware 19801. This picture was taken on January 3, 2014.

6. Attached as Exhibit 5 is a true and accurate picture of the building directory at 1013 Centre Road, Wilmington Delaware 19805. This picture was taken on December 4, 2013.

7. Attached as Exhibit 6 is a true and correct copy of results from a search for "Memory Integrity" on The Better Business Bureau of Delaware website at http://delaware.bbb.org/Find-Business-Reviews/name/Memory+Integrity/ [last visited Dec. 30, 2013].

8. Attached as Exhibit 7 is a true and correct copy of results from a search for "Memory Integrity" on the Delaware Chamber of Commerce online directory at http://www.dscc.com/directory/results/results.aspx?keywords=%22memory+integrity%22&adkeyword=%22memory+integrity%22 [last visited Dec. 30, 2013].

9. Attached as Exhibit 8 is a true and correct copy of results from a search for "Memory Integrity" on the Internet based telephone directory, White Pages, at http://www.whitepages.com/business?key=Memory+Integrity&where=19801 [last visited Jan. 22. 2014].

10. Attached as Exhibit 9 is a true and correct copy of information from Google Maps regarding the distance between Hillsboro, Oregon and the U.S. District Court in Wilmington, Delaware and the distance between Hillsboro, Oregon and the U.S. District Court in Portland, Oregon.

11. Attached as Exhibit 10 is a true and correct excerpt of a LexisNexis Accurint report for "Eric Morton."

12. Attached as Exhibit 11 is a true and correct excerpt of a LexisNexis Accurint report for "Rajesh Kota."

13. Attached as Exhibit 12 is a true and correct excerpt of a LexisNexis Accurint report for "Adnan Khaleel."

14. Attached as Exhibit 13 is a true and correct excerpt of a LexisNexis Accurint report for "David B. Glasco."

15. Attached as Exhibit 14 is a true and correct excerpt of a LexisNexis Accurint report for "Charles Edward Watson, Jr."

16. Attached as Exhibit 15 is a true and correct copy of information available on the Beyer Law Group LLP website at http://beyerlaw.com/ [last visited Jan. 21, 2014].

17. Attached as Exhibit 16 is a true and correct copy of information available on the Weaver Austin Villeneuve & Sampson LLP website at http://www.wavsip.com/index.php/contact [last visited Jan. 21, 2014].

18. Attached as Exhibit 17 is a true and correct excerpt from the file history for U.S. Patent No. 7,296,121, which I obtained from publicly-available sources.

19. Attached as Exhibit 18 is a true and correct excerpt from the file history for U.S. Patent No. 8,572,206, which I obtained from publicly-available sources.

20. Attached as Exhibit 19 is a true and correct copy of Joe Villeneuve's profile on LinkedIn as of December 16, 2013.

21. Attached as Exhibit 20 is a true and correct excerpt from the file history for U.S. Patent No. 7,103,636, which I obtained from publicly-available sources.

22. Attached as Exhibit 21 is a true and correct excerpt from the file history for U.S. Patent No. 7,107,409, which I obtained from publicly-available sources.

23. Attached as Exhibit 22 is a true and correct excerpt of a LexisNexis Accurint report for "Godfrey K. Kwan."

24. Attached as Exhibit 23 is a true and correct copy of information obtained about Newisys, Inc. from the Austin Business Journal website at http://www.bizjournals.com/austin/stories/2003/07/14/daily32.html [last visited Jan. 21, 2014].

25. Attached as Exhibit 24 is a true and correct copy of information available on Sanmina Corporation's website at http://www.sanmina.com/company-profile/ [last visited Jan. 21, 2014].

26. Attached as Exhibit 25 is a true and correct copy of information obtained about Newisys, Inc. from Businessweek.com. at http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=2106032 [last visited Jan. 21, 2014].

27. I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 23, 2014.

                                                Jack B. Blumenfeld

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 23, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jennifer Towle, Esquire<br>Bryan Atkinson, Esquire<br>FARNEY DANIELS PC<br>800 South Austin Avenue, Suite 200<br>Georgetown, TX  78626<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan Baker, Esquire<br>FARNEY DANIELS PC<br>411 Borel Avenue, Suite 350<br>San Mateo, CA  94402<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)