**Exhibit A**
**Joint Proposed Case Schedule for *Memory Integrity* Litigations**

| Event | Agreed Upon Deadline | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|---|
| Rule 26(a) Initial Disclosures | | October 6, 2014<br><br>Plaintiff proposes that disclosures pursuant to Paragraph 3 of the Delaware Default Standard should also be served by this date. | October 20, 2014 |
| Plaintiff shall identify the accused product(s) and the asserted claim(s) each product allegedly infringes | October 13, 2014 | | |
| Each Defendant shall produce to the plaintiff the core technical documents related to the accused product(s) | December 8, 2014 | | |
| Plaintiff shall produce to each defendant a claim chart relating each accused product to the asserted claims each product allegedly infringes | February 2, 2015 | | |
| Each Defendant shall produce to the plaintiff its invalidity contentions for each asserted claim | March 4, 2015 | | |
| Motions to join other parties or amend pleadings | March 5, 2015 | | |
| Parties exchange list of claim terms they propose to be construed | March 18, 2015 | | |
| Parties exchange proposed claim constructions and | April 6, 2015 | | |

| | | | |
|---|---|---|---|
| supporting intrinsic and extrinsic evidence | | | |
| Document production substantially complete | | April 9, 2015 | Defendants do not believe Plaintiff's proposal should be adopted. Discovery should occur in its ordinary course during the litigation. |
| File Joint Claim Construction Chart | April 24, 2015 | | |
| Opening claim construction briefs | May 22, 2015 | | |
| Answering claim construction briefs | July 2, 2015 | | |
| Proposed *Markman* hearing | | July 2015, or whenever is convenient for the Court<br><br>"a total of 4 hours, with each side having 2 hours." | September 2015, or as the Court's schedule permits<br><br>For the '121 patent: "a total of 4 hours, with each side having 2 hours."<br><br>For the '636, '409, and '206 patents asserted against only Intel: "a total of 3 hours, with Plaintiff and Intel each having 1.5 hours." |
| Notice of reliance on advice of counsel | | September 1, 2015 | October 1, 2015 |
| Last day to produce opinions of counsel upon which defendant may rely | | September 15, 2015 | October 15, 2015 |
| Motions to amend pleadings to add inequitable conduct allegations | | August 31, 2015 | September 30, 2015 |
| Fact discovery cutoff – all discovery must be served so as to be completed by this day | November 20, 2015 | | |
| Opening expert reports | January 29, 2016 | | |

2

| | | | |
|---|---|---|---|
| on issues for which a party bears the burden of proof | | | |
| Responsive expert reports | March 3, 2016 | | |
| Close of expert discovery | March 25, 2016 | | |
| Opening letters to Court regarding potential summary judgment motions | April 8, 2016 | | |
| Answering letters to Court regarding potential summary judgment motions | April 22, 2016 | | |
| Reply letters to Court regarding potential summary judgment motions | April 29, 2016 | | |
| Summary Judgment Motions | Within two weeks of the Court's decision permitting the filing of any such motions | | |
| File joint proposed pretrial order (no motions *in limine* filed) | 30 days before Pretrial conference | | |
| Proposed Pretrial Conference | September 2016, or as the Court's schedule permits | | |
| Proposed trial date for first trial | October 2016, or as the Court's schedule permits | | |